RACHAEL A. HONIG
Acting United States Attorney
JOHN T. STINSON
KRISTIN L. VASSALLO
Assistant United States Attorneys
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (609) 858-0305/ (973) 645-2835
Email john.stinson@usdoj.gov
Email kristin.vassallo@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN T. BALDWIN,<br><br>*Plaintiff,*<br><br>v.<br><br>OFFICER T. BROWN, *et al.*,<br><br>*Defendants.* | HON. ROBERT B. KUGLER<br><br>*Civil Action No.* 18-16213 (RBK)(AMD)<br><br>DEFENDANTS' STATEMENT OF THIRD-PARTY LITIGATION FUNDING |

In accordance with Local Civil Rule 7.1.1, Defendants Chigozie Ibe and the United States of America hereby disclose that they do not have a third-party funding arrangement in this case.

Dated: Newark, New Jersey
       July 28, 2021

                                                RACHAEL A. HONIG
                                              Acting United States Attorney

                              By:    /s/ Kristin L. Vassallo
                                          JOHN T. STINSON
                                          KRISTIN L. VASSALLO
                                          Assistant United States Attorneys